UNITED STATES BANKRUPTCY COURT  JONES LA0882
FOR THE MIDDLE DISTRICT OF LOUISIANA, BATON ROUGE DIVISION
------------------------------X
In re:
    BARBARA G JONES                 In Proceedings for a Repayment
                                           Plan Under Chapter 13

5382 CLARK ST                       Case No    : 01-11951-LMP
BATON ROUGE, LA   70811         Tee Clm No: 9
          Debtor(s)         Amount     : $2,619.35

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
### FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Providian National Bank (the "Seller/Transferor/Assignor") and eCAST SETTLEMENT CORPORATION (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated November 12, 2001 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001(e)(2).

The original Proof of Claim may have been filed under the following name(s):
FIRST DEPOSIT NATIONAL BANK

Dated: 05/14/2002

SELLER/ASSIGNOR/TRANSFEROR:      PURCHASER/ASSIGNEE/TRANSFEREE:
Providian National Bank           eCAST SETTLEMENT CORPORATION
4460 Rosewood Drive               P.O. BOX 35480
Pleasanton, CA 94588              NEWARK, NJ 07193-5480

Telephone: 800-266-5380           Telephone: 610-644-7800 (Servicer)
                                          Telecopy:  610-993-8493 (Servicer)

By: (SEE ATTACHED WAIVER)         By: _____
                                         KWANG CHOI, OFFICER
                                          JOSH GLASSMAN, OFFICER
                                          KEVIN LEDERMAN, OFFICER
                                          SHARON SINANAN, OFFICER
                                          LORAINE HURLEY, OFFICER
                                          TINA TOWNES, OFFICER

(01)4465610800516961        PVN10080

Providian National Bank
295 Main Street
Tilton, NH 03276

(603) 286-4348



# WAIVER OF NOTICE OF TRANSFER OF CLAIM

Providian National Bank ("Transferor") has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 245 Park Avenue New York, New York. Said claims arise from consumer credit accounts issued to individuals who have filed petitions commencing cases under the Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names:

> Providian National Bank
> First Deposit National Bank
> Providian Bancorp Services
>
> And other names listed in Attachment #1

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 29 day of May, 2001.

Dated: 5/29, 2001

TRANSFEROR
PROVIDIAN NATIONAL BANK

By: _____
Name: Kirk Inglis
Title: Senior Vice President